UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 23 2000

Michael N. Milby, Clerk

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action C-00-78 |
| | § | |
| Paul Woods | § | Claim No. 112890 |

# Complaint

1.   *Jurisdiction.*  The district court has jurisdiction because the United States is a party. *See* U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2.   *Venue.*  Defendant is a resident of Nueces County, Texas, and may be served with process at 4922 Moody Drive, Corpus Christi, TX 78416.

3.   *The Debt.*  The debt owed the United States is:

|   |   |   |
|---|---|---|
| A. | Current Principal as of February 24, 1999: | $5,588.30 |
| B. | Current interest | $3,934.66 |
| C. | Adminstrative, fees, costs, penalties | $0.00 |
| D. | Attorney's fees | $1,800.00 |
| E. | Balance due | $11,322.96 |
| F. | Prejudgment interest accrues at 8.41% per annum, being $1.29 per day. | |
| G. | The current balance in 3A is after credits of | $0.00 |

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4.   *Failure to Pay.*  Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.   *Prayer.*  The United States prays for judgment for:

   A.   The sums in paragraph 3 plus prejudgment interest through the date of judgment, adminstrative costs, and post-judgment interest.

112890 U S Dept of Education

B.    Attorney's fees; and

C.    Other relief the court deems proper.

    Respectfully submitted

    BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas 75231
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

112890 U.S. Dept of Education

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Paul Woods
4922 Moody Dr
Corpus Christi, TX 78416
SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 02-24-99.

On or about 10-27-88 & 01-27-89, the borrower executed promissory note(s) to secure loan(s) of $2,625.00 & $2,625.00, from Bank of Horton at 8.41 percent interest per annum. This loan obligation was guaranteed by Texas Guaranteed Student Loan Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 11-07-89 & 11-12-89, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $5,711.79 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 08-28-97, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $ 5,588.30 |
| Interest: | $ 3,934.66 |
| Administrative/Collection Costs: | $ 0.00 |
| Late Fees: | $ 0.00 |
| Total debt as of 02-24-99: | $ 9,522.96 |

Interest accrues on the principal shown here at the rate of $1.29 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3-3-99

Name: *Richard D. [signature]*
Title: LOAN ANALYST
Branch: LITIGATION BRANCH

EXHIBIT A