# United States District Court

## Southern District of Texas

### SUMMONS IN A CIVIL CASE

United States of America

v.                                                    CASE NUMBER: C-00-78

Paul Woods

TO: (Name and Address of Defendant)

Paul Woods
4922 Moody Drive
Corpus Christi, TX 78416

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Weston
Bennett & Weston, P.C.
10670 N. Central Expy., Suite 200
Dallas, TX 75231

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                APR - 6 2000
Clerk                                   Date

*[signature]*
BY DEPUTY CLERK

5.

134208

RETURN OF SERVICE

Service of the Summons and Complaint was made by ?     Date

_Rich P. Sm__     5/03/00

NAME OF SERVER (PRINT)     Title

_Richard L. Smyth_     _Civil Process Server_

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served._____

☒ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _left copies with Ester Washington at 6:49 p.m. on 5/2/00 at 4922 Moody Dr. Corpus Christi, Texas._

☐ Returned unexecuted:_____

☐ Other (specify):_____

STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _5/2/00_
Date

Signature of Server

United States District Court
Southern District of T...
FILED
MAY 22 2000
MICHAEL N. MILBY CLERK

Address of Server
Et Al World Wide Litigation
3003 Carlisle Street, Suite 200
Dallas, Texas 75204