UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION DIVISION

United States District Court
Southern District of Texas
FILED

JUN _ 8 2000

Michael N. Milby, Clerk

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action C-00-78 |
| | § | |
| Paul Woods | § | |

REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America requests an entry of default against Paul Woods in that the defendant has not filed an answer or other responsive pleading in this cause.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas 75231
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Request for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Paul Woods at 4922 Moody Drive Corpus Christi, TX 78416, by (1) certified mail, return receipt requested, No. 7099 3220 0000 4492 2494, and (2) regular, first class mail on the 5th day of June, 2000.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| versus | § § § | Civil Action C-00-78 |
| Paul Woods | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Paul Woods in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this _____ day of _____, 2000, at _____, Texas.

_____
United States Deputy District Clerk

ClibPDF - www.fastio.com