United States District Court
Southern District of Texas
ENTERED

JUL 0 3 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff(s), | § § | |
| v. | § § | CIVIL ACTION NO. C-C-00-78 |
| PAUL WOODS, | § § | |
| Defendant(s). | § § | |

CLERK'S ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant Paul Woods. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. Therefore, pursuant to Rule 55(a), FED.R.CIV.PROC., the Clerk of Court hereby makes an entry of default against Paul Woods.

Signed this 30th day of June, 2000.

MICHAEL N. MILBY, CLERK
UNITED STATS DISTRICT COURT

By: Monica Seaman, Deputy