United States District Court
Southern District of Texas
FILED

JUL 31 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *versus* | § | Civil Action C-00-78 |
| Paul Woods | § § | |

## MOTION FOR OBJECTION TO MEMORANDUM AND RECOMMENDATION AND AFFIDAVIT SUBMITTING NOTES

The United States objects to the Magistrate Judge's Memorandum and Recommendation entered in this action.

The United States submits the Student Loan notes in the form attached here as Exhibit A and moves the Court accept them.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas 75231
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel for defendant (or defendant if not represented by counsel) in accordance with the Federal Rules of Civil Procedure on this 26th day of July, 2000.

_____

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action C-00-78 |
| PAUL WOODS | § § | |

**AFFIDAVIT SUBMITTING NOTES**

STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

Before me on this day personally appeared Janet Cummins, who upon being duly sworn did state as follows:

1  My name is Janet Cummins. I am over the age of twenty one years and am competent to give this affidavit.

2.  I am employed as a loan analyst of the United States Department of Education and have personal knowledge of the facts stated in this Affidavit. I am a custodian of the documents of the United States Department of Education related to Paul Woods.

2.  The promissory note(s) executed by Paul Woods are maintained in the ordinary course of the business of the Department of Education in an depository operated by the United States. The copies of the note(s) attached to this affidavit are made from the promissory note(s) executed by Paul Woods.

3  Attached to this affidavit are true and correct copies of the promissory note(s) executed by Paul Woods upon which a claim has been made against Paul Woods.

4.  The only difference between the copies attached hereto and the original note(s) is the unsworn declaration under perjury contained on the second page of the note(s) executed by a representative of the United States Department of Education.

*Janet Cummins*

Sworn and subscribed to this 21 day of July 2000.

*Shirley L Amey*
Notary Public for the State of California

My commission expires:
10/10/2002



SHIRLEY L. AMEY
Commission # 1198122
Notary Public - California
San Francisco County
My Comm. Expires Oct 10, 2002

# TGSLC  TEXAS GUARANTEED STUDENT LOAN APPLICATION

**WARNING:** ANY PERSON WHO KNOWINGLY MAKES A FALSE MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINE OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 U.S.C. 1097.

## SECTION I - TO BE COMPLETED BY STUDENT BORROWER
*Type or print clearly with a ballpoint pen. Read the instructions carefully.*

1. Social Security Number: 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
2. Last Name: Woods   First: Paul   M.I.: 
3. Birth Date: Mo. 07  Day 22  Year 55
4. State of Permanent Residence: TX  Since 1955
5. Permanent Home Address: Street 4922 Moody Dr.  City: Corpus Christi  State: TX  Zip Code: 78411
6. Home Area Code/Phone Number: (512) 854-7492
7. Driver's License Number: 00112431  State: TX
8. U.S. Citizenship Status: (a) U.S. Citizen or National [X]
9. Have you ever defaulted on an educational loan? No [X]
10. Prior to the school year... enrolled in any school beyond the high school level? No [X]
11. Intended Enrollment: Full-time [X]
12a. Requested Loan Amount: $2625
12b. Loan Period: From Mo. 10 Yr. 88  To Mo. 01 Yr. 89
13. Do you have any outstanding guaranteed student loans... Name of Lender: N/A

14. Parent or Guardian (Circle one)
 - Name: Ester L. Washington
 - Address: 4922 Moody Drive
 - City, State, Zip: Corpus Christi, TX 78416
 - Phone: 512-854-7492
 - Employer: None

Relative, Friend or Separated Parent (Circle one)
 - Name: Juan Noe Garza
 - Address: 4526 Bluebelle Ln
 - City, State, Zip: Corpus Christi, TX 78416
 - Phone: 512-854-9664
 - Employer: City of Corpus Christi

Other Relative or Friend (Circle one)
 - Name: Eddie Edwards
 - Address: 1222 Van Loan
 - City, State, Zip: Corpus Christi, TX 784__
 - Phone: 512-822-1778
 - Employer: None

15. While in school, you intend to live: Off campus [X]
16. Major Course of Study: Welding #6
17. Total Number of Borrower's Dependents: 05   Last 4: 3,2,1,2,5,7wks
18. Suggested Release Dates: ___

### PROMISSORY NOTE FOR A TEXAS GUARANTEED STUDENT LOAN

A. I PROMISE TO PAY to you or your order when this Note becomes due as set forth in Paragraph B the sum of **Two Thousand Six Hundred Twenty Five** ...

Signature of Borrower: Paul Woods   Date: 10-27-88

## SECTION II - TO BE COMPLETED BY SCHOOL

22. Name of School: Metals Welding School
23. Address: 7645 Gulf Freeway
24. City: Houston  State: Texas  Zip Code: 77017
25. Area Code/Telephone Number: 713-641-0436
26. School Code: 02323500 2
27. Loan Period: From Mo. 10 Day 31 Yr. 88  To Mo. 01 Day 23 Yr. 89
28. Anticipated Graduation Date: Mo. 01 Yr. 89
29. Borrower Grade Level: 10
30. Dependency Status: Independent [X]
31. Estimated Cost of Education for Loan Period: $4479.00
32. Estimated Financial Aid for Loan Period: $ -0-
32a. Expected Family Contribution: $ -0-
33. Difference: $4479.00
33a. Adjusted Gross Income: $3,212.00
34. Signature of Authorized Financial Aid Administrator: Theresa Lisenbe
35. Print or Type Name and Title: Theresa Lisenbe, Financial Aid Consultant
36. Date: 10-31-__

## SECTION III - TO BE COMPLETED BY LENDER

The Bank of Horton
37. Name of Lender: BANK OF HORTON
38. Area Code/Telephone Number: 913-486-2851
39. Address: 108 E 8th  City: HORTON  State: KS  Zip Code: 66439
40. Lender Code: 804346
41. Lender Approved Amount: $
42. Disbursement 1: $2625  Mo./Day/Yr.: 11/14/88
43. Disbursement 2: $ __ / /
44. Disbursement 3: $ __ / /
45. Disbursement 4: $ __ / /
46. Signature of Authorized Lending Official: Carol Spellman
47. Print or Type Name and Title: Carol Spellman, MGR
48. Date: 11-8-8_

---
BORROWER - TERMS OF PROMISSORY NOTE CONTINUE       COPY A — LENDER: LENDER RETAINS THIS ORIGINAL COPY       Form # 04-04-331_

B. **Date Note Becomes Due:** I will repay this loan in periodic installments during a repayment period that will begin no later than the day after last day of my grace period explained on my Disclosure Statement. My grace period is that period of time which begins when I cease to be enrolled as at least a half-time student at a school participates in the Guaranteed Student Loan Program. During my grace period, however, I may request that my repayment period begin on an earlier date.

C. **Interest:** I agree to pay an amount equivalent to simple interest on the unpaid balance of my loan from the date it is advanced to me until it is paid in full, except for interest the United States government will pay for me, which you will not attempt to collect from me. The applicable interest rate on my loan will be the same as applicable interest rate on my other Guaranteed Student Loans if any of those loans is still outstanding and has an interest rate of 7%, 8%, or 9%. If I have no outstanding Guaranteed Student Loans, the applicable interest rate on my loan will be 8%. My Disclosure Statement will certify the specific interest rate applicable for my loan. When this Note becomes due, I will either pay you the total interest due from me or such interest will be added to the total principal to be repaid, with interest, in installment payments will be made to your address as set forth in Paragraph A.

D. **Guarantee-Origination Fees:** I will pay you a non-refundable guarantee fee which you will forward to the Texas Guaranteed Student Loan Corporation (TGSLC). The guarantee of this Note. For each disbursement of my loan the guarantee fee, in an amount not to exceed 1% per annum, will be calculated for a period beginning the month after the month of the disbursement's estimated date and ending 12 months after the anticipated month of my graduation as listed in my Application and Promissory Note. My Disclosure Statement will indicate the exact amount of my guarantee fee for each disbursement of my loan. I will pay you an origination fee authorized by federal law not to exceed 5% of my loan amount. My Disclosure Statement will also indicate the exact amount of my origination fee. You may withhold this fee from each disbursement amount as indicated on my Disclosure Statement. If any loan disbursement check is returned uncashed to you, I will not be assessed any guarantee and origination fee for that disbursement.

E. **Whole Loan Due:** I will be in default and you will have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due payable at once (subject to any law which gives me the right to cure my default) if (1) I fail to make a payment when due, or (2) I make any false written statement in applying for this loan or for an extension or deferment of this loan, or (3) I break any of my other promises under this agreement, or (4) after I receive my loan proceeds, I fail to enroll for the period covered by this loan, at the school listed on this Application and Promissory Note for at least one-half of the normal full-time academic workload required by the school.

F. **Collection Costs-Late Charges:** I agree to pay you reasonable amounts permitted by law, including the fees of an outside attorney and court costs, which you incur in collecting any amount I owe under this Note which is not paid when due. (If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay those collection costs which do not exceed 25% of the unpaid principal and accrued interest.) If any payment has not reached you within 10 days after its due date, you may, if not prohibited by law, bill me for a late charge at the rate of $5 or 5% of the payment, whichever is less.

G. **Prepayment:** I may, at my option and without penalty, prepay all or part of the principal or accrued interest of my loan at any time. If I do so, I will be entitled to a rebate of unearned interest that I have paid.

H. **Additional Agreements:** (1) The proceeds of this loan will be used only for educational expenses at the school listed on my Application and Promissory Note. (2) Any notice required to be given to me, including my Disclosure Statement, will be effective when mailed by first class mail to the latest address you have for me. No separate notice is required for any Cosigner. (3) Your failure to enforce or insist that I comply with any terms of this Note is not a waiver of your rights. No provision of this Note can be waived or modified except in writing. (4) If TGSLC is required under its guarantee to repay my loan(s) because I have defaulted, TGSLC will become the owner of this Note and my creditor will have all the rights of the original lender to enforce this Note against me. (5) I must repay this Note even though I may be under 18 years of age. (6) My loan be cancelled if I die or become totally or permanently disabled. (7) In this Note the words I, me, and my mean each and all of those who signed it. If more than one person signs this note, each person will be liable up to the full amount of the loan. You and yours mean the lender or any other owner of this Note.

I. **Deferment:** You will let me pay interest only, if such interest is paid by the United States Government, and let me defer making principal payments on this Note as provided below if my repayment period has begun. I am not in default and I provide you with written evidence that I qualify for the deferment (1) while I am enrolled at a school participating in the GSLP for full time study as determined by the school, if I am not a citizen or national of the United States and am studying at a school located in the United States, or (b) in a graduate fellowship program approved by the Secretary of Education, or (c) in a rehabilitation training program for disabled individuals and approved by the Secretary of Education, or (d) as a full-time student at an institution of higher education or a vocational school which is operated by an agency of the United States government; (2) for periods not exceeding 3 years for each of the following while I am (a) on active duty in the Armed Forces of the United States, or serving as an officer in the Commissioned Corps of the United States Public Health Service, or (b) serving as a Peace Corps volunteer, or (c) serving as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973 (excluding service as a full-time volunteer for an organization exempt from Federal Income Tax under Section 501(c)(3) of the Internal Revenue Code of 1954) if the Secretary of Education has determined is comparable to service in the Peace Corps or ACTION programs; (3) for one or more periods not exceeding a total of 3 years while I am temporarily totally disabled, as established by affidavit of a qualified physician, or (b) unable to work because I am providing care required by a spouse who is so disabled as established by affidavit of a qualified physician; (4) for a period not exceeding 2 years while I am serving an internship that the Secretary of Education determined is needed to gain professional recognition required to begin professional practice or service; (5) for a single period not exceeding one year while I am conscientiously seeking but unable to find full-time employment in the United States.

J. **Repayment In Installments:** I will repay the total amount due on this Note in installments in accordance with the rate indicated in Paragraph C, unless I enter into a situation described in Paragraph E, in which case the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once. Prior to the date this Note becomes due as set forth in Paragraph B, you will send me a Repayment Schedule. The Repayment Schedule or other repayment terms that will become part of this Note. A Cosigner who signs this Note will also be obligated to repay this Note. The Repayment Schedule may include all loans I have received from you under the Texas Guaranteed Student Loan Program. The Repayment Schedule will require me to make monthly payments over a period of not less than 5 nor more than 10 years after this Note becomes due. The repayment period will not be longer than 15 years from the date of the first disbursement, not counting periods for which I am granted authorized deferment, as outlined in Paragraph H, or forbearance. My original repayment schedule may not violate the 5 year minimum or 15 year requirement. At my option, I may agree to a repayment period that is shorter than 5 years. However, I may at any time later have the repayment period extended so that the total repayment period is not less than 5 years. My total payments for any year of the repayment period for all my loans under the Guaranteed Student Loan Program shall not be less than $600 per year including payments by my spouse on any loan under the Guaranteed Student Loan Program (or the balance of the loan plus any accrued interest if less than $600), even though this may result in a repayment period shorter than 5 years.

K. **Credit Bureau Notification:** If I default on this loan, you may report the default to credit bureau organizations. This may significantly and adversely affect my credit rating. You must provide information on the repayment status of this loan to any credit bureau organization upon my request. If not otherwise prohibited by law, you may disclose information about the status of this loan to any credit bureau.

L. **Borrower Rights and Responsibilities:** (1) I will send written notice to you within 10 days after any change of my name, address, or school enrollment status. (2) Consolidation or refinancing options may be available for my Guaranteed Student Loan and other educational loan programs — if I wish to obtain further information on such options, I will contact TGSLC. (3) The Guaranteed Student Loan Program does not have provisions which enable this loan to be cancelled or forgiven in whole or in part for teaching or any other type of employment. (4) I am not required to provide security for this loan.

M. **Repayment by Department of Defense:** Under certain circumstances, if in the military I may have my loan repaid by the Secretary of Defense in accordance with Sect 902 of the Department of Defense Authorization Act of 1981 (10 U.S.C. 2141 note). I should address questions regarding this program to my local Service Recruiter. This is a recruiting program and does not apply to prior service individuals or those not eligible for enlistment in the Armed Forces.

N. **Transfer of Note:** This Note may be transferred to a holder other than the lender. Such transfer shall not affect the rights and responsibilities of the parties as set forth herein. This Note is not intended to be a negotiable instrument, and a subsequent holder of this Note cannot be a holder in due course. The new holder will notify me of such transfer in writing.

## BORROWER CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I, the borrower, certify that the information contained in Section I of this application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school to pay to the lender any refund which may be due me up to the amount of this loan. I further authorize any school that I may attend to release to the lending institution, subsequent holder, U.S. Department of Education, or their agents, any requested information pertinent to this loan (e.g., employment, enrollment status, current address). I certify that the proceeds of any loan made as a result of this application will be used for educational expenses for the loan period covered by this application at the school named in Section II. I understand that I must immediately repay any funds that I receive which cannot reasonably be attributed to meeting my educational expenses related to attendance at that school for the loan period stated in Item 21. I certify that the total amount of loans received under the Guaranteed Student Loan Program, Title IV Part B (P.L. 89-329) as amended, will not exceed the allowable maximums. I further certify that I do not now owe a repayment on a Pell Grant, Supplemental Grant, or State Student Incentive Grant and am not now in default on a National Direct Student Loan, or a Guaranteed Student Loan, or a Federally Insured Student Loan or a PLUS loan. I further authorize my lending institution to issue a check covering the proceeds of my loan, in full, or in part, made payable to me, or at the lender's option, jointly, payable to me and the school, and sent to the school named in Section II or at the lender's option, to me. I have read and understand the "Statement of Borrower's Rights and Responsibilities" supplied with this application.

I understand that I will receive a Disclosure Statement that identifies my loan amount (as determined by the lender), the fee amounts, due dates, grace period and interest charge. I understand and agree that if the information on the Disclosure Statement conflicts with the information on the Application and Promissory Note, the information on the Disclosure Statement applies.

# TGSLC  TEXAS GUARANTEED STUDENT LOAN APPLICATION

2/ #37CC

**WARNING:** ANY PERSON WHO KNOWINGLY MAKES A FALSE MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINE OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 U.S.C. 1097.

## SECTION I - TO BE COMPLETED BY STUDENT BORROWER
Type or print clearly with a ballpoint pen. Read the instructions carefully.

1. Social Security Number: 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
2. Last Name: Woods  First: Paul  M.I.:
3. Birth Date: Mo. 07  Day 22  Year 55
4. State of Permanent Residence: TX  Since 1955
5. Permanent Home Address — Street: 4221 Moody Drive  City: Corpus Christi  State: TX  Zip Code: 78411
6. Home Area Code/Phone Number: (512) 854-7492
7. Driver's License Number: 00112439  State: TX
8. U.S. Citizenship Status: (a) U.S. Citizen or National ✓
9. Have you ever defaulted on an educational loan? No ✓
10. Prior to the school year... enrolled in any school beyond the high school level? No ✓
11. Intended Enrollment: Full-time ✓
12a. Requested Loan Amount: $2,625
12b. What period do you want this loan to cover: From Mo. 01 Yr. 89  To Mo. 04 Yr. 89
13. Do you have any outstanding guaranteed student loans that are NOT those guaranteed by TEXAS GUARANTEED STUDENT LOAN CORPORATION? 

Name of Lender: N/A

14. Parent or Guardian (Circle one):
   Name: Ester L Washington
   Address: 4922 Moody Drive
   City, State, Zip: Corpus Christi, TX 78411
   Phone: 512-854-7492
   Employer: None

   Relative, Friend, or Separated Parent (Circle one):
   Name: Juan Noe Garza
   Address: 4521 Bluebell Ln
   City, State, Zip: Corpus Christi, TX 78416
   Phone: 512-854-3264
   Employer: City of Corpus Christi

   Other Relatives or Friends (Circle one):
   Name: Eddie Edwards
   Address: 1222 Van Loan
   City, State, Zip: Corpus Christi, TX 784?
   Phone: 512-882-1274
   Employer: None

15. While in school, you intend to live: Off campus ✓
16. Major Course of Study: Welding #37
17. Total Number of Borrower's Dependents: Number: 05  List Ages: 33, 29, 12, 5, 2 mos.
18. Suggested Release Dates: 

## PROMISSORY NOTE FOR A TEXAS GUARANTEED STUDENT LOAN

A. I PROMISE TO PAY to you or your order when this Note becomes due as set forth in Paragraph B the sum of **Two Thousand Six Hundred Twenty Five** ($2,625.00)...

Signature of Borrower: Paul Woods    Date: 1-27-89

## SECTION II - TO BE COMPLETED BY SCHOOL

22. Name of School: Metils Welding School
23. Address: 7445 Gulf Freeway
24. City: Houston  State: Texas  Zip Code: 77017
25. Area Code/Telephone Number: 713-641-0436
26. School Code: 023215T002
27. Loan Period: From Mo. 01 Day 27 Yr. 89  To Mo. 04 Day 21 Yr. 89
28. Anticipated Graduation Date: Mo. 04 Yr. 89
29. Borrower Grade Level: 20
30. Dependency Status: Independent ✓
31. Estimated Cost of Education for Loan Period: $4479.00
32. Estimated Financial Aid for Loan Period: $0
32a. Expected Family Contribution: $0
33. Difference (item 31 minus items 32 and 32a): $2625.00
33a. Adjusted Gross Income: $3,212.00

34. Signature of Authorized Financial Aid Administrator: Theresa Lisenbe
35. Print or Type Name and Title: Theresa Lisenbe, Financial Aid Consultant
36. Date: 1-31

## SECTION III - TO BE COMPLETED BY LENDER

37. Name of Lender: UBSAS LINC, INC
38. Area Code/Telephone Number:
39. Address:  City:  State:  Zip Code:
40. Lender Code:
41. Lender Approved Amount: $2625

42. Disbursement 1  Mo./Day/Yr.: /  /
43. Disbursement 2  Mo./Day/Yr.: /  /
44. Disbursement 3  Mo./Day/Yr.: /  /
45. Disbursement 4  Mo./Day/Yr.: /  /

46. Signature of Authorized Lending Official:
47. Print or Type Name and Title:
48. Date: FEB 06

COPY A — LENDER: LENDER RETAINS THIS ORIGINAL COPY    Form # 04-04-331

B. **Date Note Becomes Due:** I will repay this loan in periodic installments during a repayment period that begin no later than the day after last day of my grace period explained on my Disclosure Statement. My grace period is that period of time which begins when I cease to be enrolled as at least a half-time student at a school participates in the Guaranteed Student Loan Program. During my grace period, however, I may request that my repayment period begin on an earlier date.

C. **Interest:** I agree to pay an amount equivalent to simple interest on the unpaid balance of my loan from the date it is advanced to me until it is paid in full, except for interest the United States government will pay for me, which you will not attempt to collect from me. The applicable interest rate on my loan will be the same as applicable interest rate on my other Guaranteed Student Loans if any of those loans is still outstanding and has an interest rate of 7%, 8%, or 9%. If I have no outstanding Guaranteed Student Loan, the applicable interest rate on my loan will be 8%. My Disclosure Statement will identify the specific interest rate applicable for my loan. If this Note becomes due, I will either pay you the total interest due from me or such interest will be added to the total principal to be repaid, with interest. If installment payments will be made to your address as set forth in Paragraph A.

D. **Guarantee-Origination Fees:** I will pay you a non-refundable guarantee fee which you will forward to the Texas Guaranteed Student Loan Corporation (TGSLC) in guarantee of this Note. For each disbursement of my loan the guarantee fee, in an amount not to exceed 1% per annum, will be calculated for a period beginning then after the month of the disbursement's estimated date and ending 12 months after the anticipated month of my graduation as listed in my Application and Promissory. My Disclosure Statement will indicate the exact amount of my guarantee fee for each disbursement of my loan. I will pay you an origination fee authorized by federal not to exceed 5% of my loan amount. My Disclosure Statement will also indicate the exact amount of my origination fee. You may withhold this fee from each disbursement amount as indicated on my Disclosure Statement. If any loan disbursement check is returned uncashed to you, I will not be assessed any guarantee and origination fee for that disbursement.

E. **Whole Loan Due:** I will be in default and you will have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due payable at once (subject to any law which gives me the right to cure my default) if (1) I fail to make a payment when due, or (2) I make any false written statement in application for this loan or for an extension or deferment of this loan, or (3) I break any of my other promises under this agreement, or (4) after I receive my loan proceeds, I fail to enroll for the period covered by this loan, at the school listed on this Application and Promissory Note for at least one-half of the normal full-time academic workload required by the school.

F. **Collection Costs-Late Charges:** I agree to pay you reasonable amounts permitted by law, including the fees of an outside attorney and court costs, which you incur in collecting any amount I owe under this Note which is not paid when due. (If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay those collection costs which do not exceed 25% of the unpaid principal and accrued interest.) If any payment has not reached you within 10 days after its due date, you may, if not prohibited by law, bill me for a late charge at the rate of $5 or 5% of the payment whichever is less.

G. **Prepayment:** I may, at my option and without penalty, prepay all or part of the principal or accrued interest of my loan at any time. If I do so, I will be entitled to a rebate of unearned interest that I have paid.

H. **Additional Agreements:** (1) The proceeds of this loan will be used only for educational expenses at the school listed on my Application and Promissory Note. (2) Any notice required to be given to me, including my Disclosure Statement, will be effective when mailed by first class mail to the latest address you have for me. No separate notice required for a Cosigner. (3) Your failure to enforce or insist that I comply with any terms of this Note is not a waiver of your rights. No provision of this Note can be waived or modified except in writing. (4) If TGSLC is required under its guarantee to repay my loan(s) because I have defaulted, TGSLC will become the owner of this Note and my creditor will have all the rights of the original lender to enforce this Note against me. (5) I must repay this Note even though I may be under 18 years of age. (6) My loan if cancelled if I die or become totally or permanently disabled. (7) In this Note, the words I, me, and my mean each and all of those who signed it. If more than one person signs this note, each person will be liable up to the full amount of the loan. You, your and yours mean the lender or any other owner of this Note.

I. **Deferment:** You will let me pay interest only, if such interest is not paid by the United States Government, and let me defer making principal payments on this Note provided below if my repayment period has begun, I am not in default, and I can provide you with written evidence that I qualify for the deferment (1) while I am enrolled at a school participating in the GSLP for full time study as determined by the school, unless I am not a citizen or national of the United States and am studying at a school located in the United States, or (b) in a graduate fellowship program approved by the Secretary of Education, or (c) in a rehabilitation training program for disabled individuals and approved by the Secretary of Education, or (d) as a full-time student at an institution of higher education or a vocational school which is operated by an agency of the United States government; (2) for periods not exceeding 3 years for each of the following while I am (a) on active duty in the Armed Forces of the United States, or serving as an officer in the Commissioned Corps of the United States Public Health Service, or (b) serving as a Peace Corps volunteer, or (c) serving as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973 (e.g., VISTA), or (d) providing service as a full-time volunteer for an organization exempt from Federal Income Tax under Section 501(c)(3) of the Internal Revenue Code of 1954, which the Secretary of Education has determined is comparable to service in the Peace Corps or ACTION programs; (3) for one or more periods not exceeding a total of 3 years while I am (a) temporarily totally disabled, as established by affidavit of a qualified physician, or (b) unable to work because I am providing care required by a spouse who is temporarily totally disabled as established by an affidavit of a qualified physician, (4) for a period not exceeding 2 years while I am serving an internship that the Secretary of Education has determined is needed to gain professional recognition required to begin professional practice or service; (5) for a single period not exceeding one year while I am conscientiously seeking but unable to find full-time employment in the United States.

J. **Repayment In Installments:** I will repay the total amount due on this Note in installments, with interest at the rate indicated in Paragraph C, unless I enter into a situation described in Paragraph E, in which case the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once. Prior to the date the Note becomes due as set forth in Paragraph B, you will send me a Repayment Schedule which shows the particular repayment terms that will become part of this Note. A Cosigner who signs this Note will also be obligated to repay this Note. The Repayment Schedule may include all loans I have received from you under the Texas Guaranteed Student Loan Program. The Repayment Schedule will require me to make monthly payments for a period of not less than 5 nor more than 10 years after Note becomes due. The repayment period will not be longer than 15 years from the date of my loan's first disbursement, not counting periods for which I am granted authorized deferment, as outlined in Paragraph H, or forbearance. My original in-school period is counted in this 15 year requirement. At my option, I may agree to a repayment period that is shorter than 5 years. However, I may at any time later have the repayment period extended so that the total repayment period is not less than years. My total payments for any year of the repayment period for all my loans under the Guaranteed Student Loan Program shall not be less than $600 per year, including payments by my spouse on any loan under the Guaranteed Student Loan Program (or the balance of all such loans plus accrued interest if less than $600) even though may result in a repayment period shorter than 5 years.

K. **Credit Bureau Notification:** If I default on this loan, you may report the default to credit bureau organizations. This may significantly and adversely affect my credit rating. You must provide information on the repayment status of this loan to any credit bureau organization upon my request. If not otherwise prohibited by law, you may disclose information about the status of this loan to any credit bureau.

L. **Borrower Rights and Responsibilities:** (1) I will send written notice to you within 10 days after any changes in my name, address, or school enrollment status. (2) Consolidation or refinancing options may be available for my Guaranteed Student Loan and other educational loan programs—if I wish to obtain further information such options, I will contact TGSLC. (3) The Guaranteed Student Loan Program does not have provisions which enable this loan to be cancelled or forgiven in whole or in part for teaching or any other type of employment. (4) I am not required to provide security for this loan.

M. **Repayment by Department of Defense:** Under certain circumstances, if in the military I may have my loan repaid by the Secretary of Defense, in accordance with section 902 of the Department of Defense Authorization Act of 1981 (10 U.S.C. 2141, note). I should address questions regarding this program to my local Service Recruiter. This is a recruiting program and does not apply to prior service individuals or those not eligible for enlistment in the Armed Forces.

N. **Transfer of Note:** This Note may be transferred to a holder other than the lender. Such transfer shall not affect the rights and responsibilities of the parties as set forth herein. This Note is not intended to be a negotiable instrument, and a subsequent holder of this Note cannot be a holder in due course. The new holder will notify me of any such transfer in writing.

**BORROWER CERTIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I, the borrower, certify that the information contained in Section I of this application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby certify that the information contained in refund which may be due me up to the amount of this loan. I further authorize any school that I may attend to release to the lending institution subsequent holder, U.S. Department of Education, or their agents, any requested information pertinent to this loan (e.g., employment, enrollment status, current address). I certify that the proceeds of any loan made as a result of this application will be used for educational expenses for the loan period covered by this application at the school named in Section II. I understand that I must immediately repay any funds that I receive which cannot reasonably be attributed to meeting my educational expenses related to attendance at that school for the loan period stated in the application. The total of loans received under the Guaranteed Student Loan Program, Title IV, Part B (P.L. 89-329) as amended will not exceed the allowable maximum of my loan, combined with the amount I received on a Pell Grant, Supplemental Grant, or State Student Incentive Grant and am not in default on a National Direct Student Loan or a Guaranteed Student Loan, Federally Insured Student Loan or a PLUS loan. I further authorize my lending institution to issue a check covering the proceeds of my loan, initially, or in subsequent disbursements at the lender's option, jointly payable to me and the school, and sent to the school named in Section II or at another authorized agent of said school. I acknowledge receipt of the Statement of Borrower's Rights and Responsibilities supplied with this application.

I understand that the lender may assess me for the actual amount (as determined by the lender), the fee amounts, due dates, grace period and late charges. I understand and agree that until such time as I receive a Disclosure Statement which informs me of the information on the Application and Promissory Note, the information on the Disclosure Statement applies.

By: _Wendy A. Satterfield_ (signature)
Operations Officer

Date: 5-14-90

Assistant Vice-President

TEXAS GUARANTEED STUDENT LOAN CORPORATION trustee under a trust agreement with FIRST WACHOVIA STUDENT LOAN SERVICING CORPORATION OF DALLAS as trustee for GREATER EAST TEXAS HIGHER EDUCATION AUTHORITY REVENUE BONDS SERIES 1985