UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG - 8 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| versus | § Civil Action C-00-78 |
| | § |
| Paul Woods | § |

## DEFAULT JUDGMENT

Paul Woods failed to appear in this action after service.

It is adjudged that the United States of America recover from Paul Woods:

A.  Principal of $9,522.96, plus

B.  Prejudgment interest from February 24, 1999, at $1.29 per day until the date of judgment, plus

C.  Attorney's fees of $ 1000 and all costs of court, plus

D.  Post-judgment interest at 6.375% per annum.

Signed Aug 6, 2000.

_____
United States District Judge