# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 2 5 2000

MICHAEL N. MILBY CLERK

## BILL OF COSTS

**UNITED STATES OF AMERICA**

**V.**                                          Case Number: C-00-78

**Paul  Woods**

Judgment having been entered in the above action on August 8, 2000 against Paul  Woods ,

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk | $ | 150.00 |
| Fees for service of summons and subpoena | $ | 50.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | |
| Fees and disbursements for printing | $ | |
| Fees for witnesses (itemize on reverse side) | $ | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ | |
| Docket fees under 28 U.S.C. 1923 | $ | |
| Costs as shown on Mandate of Court of Appeals | $ | |
| Compensation of court-appointed experts | $ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $ | |
| Other costs (please itemize) | $ | |

TOTAL $_____

SPECIAL NOTE:  Attach your bill as an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed was mailed today to:

Paul  Woods

Signature of Attorney: _____

Name of Attorney: _____ J. Michael Weston _____

For:  United States of America                              Date: ___August 14, 2000___

Costs are taxed in amount   **$200.00**   and included in the judgment.

**Michael N. Milby**   By: _____   Date:   **08/28/00**

*Clerk of Court*                    *Deputy Clerk*

CHpPDF - www.fastio.com